UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PHOOLKA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:24-cv-00874-KES-HBK (PC) <br><br> ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME <br><br> (Doc. No. 11) <br><br> NOVEMBER 25, 2024 DEADLINE |

Pending before the Court is the Parties' Joint Motion to Extend Time for Sergeant Jonathan Long to Respond to Complaint. (Doc. No. 11). Defendant Jonathan Long was served with Plaintiffs' Complaint on September 14, 2024, making his response to the Complaint due October 7, 2024. (*Id*. at 1). Defendant Dave Wilkin was served through a waiver of service on September 25, 2024, making his response to the Complaint due November 25, 2024. (*Id*.). In the interest of conserving resources and to permit counsel for Long and Wilkin to determine whether to file an answer or other responsive pleading, the Parties agreed to permit Long an extension of time until November 25, 2024, so that Long and Wilkin may jointly file a responsive pleading. (*Id*. at 2).

Under Local Rule 144(a), because the stipulated extension is for more than 28 days, the Court's approval is required for the extension of time. Fed. R. Civ. P. 6(b) provides for extending

deadlines for good cause shown, if the request to extend time is made before the existing deadline.  The Court finds good cause to grant the extension.

ACCORDINGLY, it is **ORDERED**:

The Parties' Joint Motion for Extension of Time (Doc. No. 11) is GRANTED.  Defendant Long shall a responsive pleading to Plaintiffs' Complaint no later than November 25, 2024.

Dated:   October 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE