UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PHOOLKA, an individual; DANIEL SALDANA, an individual; SEAN CLAPPER; an individual; and KARANPREET SANGHA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO; FORMER CHIEF PACO BALDERRAMA; FRESNO POLICE SERGEANT JONATHAN LONG; FRESNO POLICE SERGEANT DAVE WILKIN; AND UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>Defendants. | Case No. 1:24-cv-00874-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES<br><br>(Doc. No. 24) |

On September 16, 2025, the parties filed a stipulation and joint request to modify the Case Management and Scheduling Order ("CMSO") deadlines. (Doc. No. 24). Therein, the parties provide a status on the case and advise that the parties have decided to engage in mediation on or about October 22, 2025, before the taking of noticed depositions and the start of expert discovery. (*Id*. at 2, ¶¶ 3-4). The parties further request to modify certain deadlines in the October 12, 2024, Case Management and Scheduling Order (Doc. No. 18) should the parties not be able to resolve this case at the October mediation.

The Court finds good cause to grant an extension to certain deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4). The Court further notes that the extension to the dispositive motion deadline necessitates extensions to the pretrial and trial dates consistent with the district court's scheduling preferences.

Accordingly, it is **ORDERED:**

1. The Parties' stipulated joint request to modify certain deadlines in the Case Management and Scheduling Order (Doc. No. 24) is GRANTED to the extent set forth herein.

2. The following modified dates shall govern the management of this action.

## I. Deadlines and Dates

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 02/02/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 03/02/2026 |
| Deadline for defendants to disclose expert report(s). | 03/02/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 04/06/2026 |
| Deadline for expert discovery. | 05/04/2026 |
| Deadline to advise the Court of further settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 05/04/2026 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 06/15/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 09/28/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. (Second or Fourth Monday) (Judge Sheriff requires 16 weeks from dispositive motion filing date) | 10/12/2026 at 1:30 p.m. |
| Trial Date. (Tuesday) | 12/01/2026 at 8:30 a.m. |

3. The **procedures** set forth in the December 12, 2024 Case Management and Scheduling Order (Doc. No. 18) otherwise will continue to govern this action.

Dated:   September 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3