UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PHOOLKA, an individual; DANIEL SALDANA, an individual; SEAN CLAPPER; an individual; and KARANPREET SANGHA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF FRESNO; FORMER CHIEF PACO BALDERRAMA; FRESNO POLICE SERGEANT JONATHAN LONG; FRESNO POLICE SERGEANT DAVE WILKIN; AND UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>Defendants. | Case No. 1:24-cv-00874-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER DEADLINES<br><br>(Doc. No. 29) |

On November 7, 2025, the parties filed a stipulation and joint request to further modify the Case Management and Scheduling Order ("CMSO") deadlines. (Doc. No. 29). Therein, the parties advise that the October mediation resulted in an impasse and, given the multiple parties and approaching holidays the parties are having difficulties in finding suitable dates for depositions. (*Id.* at 3 ¶¶ 6-8).

The Court finds good cause to grant a further extension to the deadlines previously extended by the Court in its September 23, 2025 Order (Doc. No. 25). *See* Fed. R. Civ. P. 16(b)(4). The Court amended certain dates consistent with the district court's scheduling

preferences.

Accordingly, it is **ORDERED**:

1. The Parties' stipulated joint request to further modify the case management deadlines (Doc. No. 29) is GRANTED to the extent set forth herein.

2. The following modified dates shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 05/15/2026 |
| Deadline to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 06/12/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 07/10/2026 |
| Deadline for expert discovery. | 08/14/2026 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 09/25/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 01/04/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. (Second or Fourth Monday) (Judge Sheriff requires 16 weeks from dispositive motion filing date) | 01/25/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 03/09/2027 at 8:30 a.m. |

3. The **procedures** set forth in the December 12, 2024 Case Management and Scheduling Order (Doc. No. 18) otherwise will continue to govern this action.

Dated:     November 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2