UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PHOOLKA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00874-KES-HBK (PC)<br><br>ORDER DENYING REQUEST<br><br>(Doc. No. 31) |

　　　　Pending before the court is Defendants Fresno Police Sergeant Jonathan Long ("Sergeant Long") and Fresno Police Sergeant Dave Wilkin ("Sergeant Wilkin") (collectively "Sergeant Defendants") request to correct a clerical mistake or oversight in the Scheduling Order filed on November 17, 2025. (Doc. No. 31). Pursuant to Rule 60(a), the Sergeant Defendants request the court to set the trial in this matter on February 9, 2027 as "the parties agreed" instead of the March 9, 2027 trial date "unilaterally set in this case" in its November 12, 2025 Scheduling Order. (*Id*. at 2). The court denies the request as no clerical error occurred in this case.

　　　　On November 12, 2025, the court granted the parties' <u>second</u> request to continue the case management deadlines in this matter. (Doc. No. 30). Therein the court granted certain proposed deadlines sought by the parties, including a dispositive deadline date of September 25, 2026 and Pre-Trial Conference date of January 25, 2027. The district court's scheduling preferences guide

1  this court in setting case management deadlines. The district court requires that any trial date be
2  set no earlier than six weeks after the pre-trial conference date. The February 9, 2025 trial date
3  agreed to by parties was only two weeks after the pre-trial conference date. Thus, this court set the
4  earliest trial date, not unilaterally, but instead consistent with the district court's scheduling
5  preferences. To the extent that the parties have a conflict with the March 9, 2027 trial date, they
6  may request an alternative date. However, any date proposed by the parties must be at least six
7  weeks after the pre-trial conference. Further, to the extent any criminal trial date conflicts with a
8  civil trial date, criminal trial dates take precedence, and the conflicting civil trial date will be
9  delayed. Thus, no party is guaranteed in advance a civil trial date.

ACCORDINGLY, it is **ORDERED**:

The Sergeant Defendants Request (Doc. No. 31) is DENIED.

Dated:   November 19, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2