UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN PHOOLKA, an individual; DANIEL SALDANA, an individual; SEAN CLAPPER; an individual; and KARANPREET SANGHA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO; FORMER CHIEF PACO BALDERRAMA; FRESNO POLICE SERGEANT JONATHAN LONG; FRESNO POLICE SERGEANT DAVE WILKIN; AND UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>Defendants. | Case No.  1:24-cv-00874-KES-HBK<br><br>ORDER GRANTING STIPULATED JOINT REQUEST TO MODIFY CASE MANAGEMENT DEADLINES<br><br>(Doc. 33) |

On May 20, 2026, the parties filed a stipulation and joint request to modify the Case Management and Scheduling Order ("CMSO") deadlines for a third time. (Doc. 33).  The parties represent that they have been diligently engaged in extensive written discovery and depositions; all parties and all relevant investigators have been deposed, and a second private mediation is scheduled for June 15, 2026.  (*Id*. at 2).  In light of their intent to pursue resolution at mediation and to minimize expert-related costs in advance of that proceeding, the parties stipulate and jointly request an extension of the expert discovery deadlines.  (*Id.* at 2–3).  The parties further state that all other deadlines will remain unchanged.  (*Id*. at 3).

The Court finds good cause to grant a further extension to the expert-related deadlines previously extended by the Court in its November 12, 2025 Order (Doc. 30). *See* Fed. R. Civ. P. 16(b)(4). No further extensions should be anticipated.

Accordingly, it is ORDERED:

1. The parties' joint request to further modify the case management deadlines (Doc. 33) is GRANTED to the extent set forth herein.

2. The following modified dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 07/27/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 08/24/2026 |
| Deadline for expert discovery. | 09/28/2026 |

3. All other deadlines remain unchanged, including the deadline to file pre-trial dispositive motions and the March 9, 2027 trial date. However, as stated in the Court's November 20, 2025 Order (Doc. 32), if a criminal trial date conflicts with a civil trial date, the criminal trial shall take precedence, and the conflicting civil trial will be continued. Thus, the pretrial conference and trial dates remain subject to modification by the district court.

4. The procedures set forth in the December 12, 2024 Case Management and Scheduling Order (Doc. 18) otherwise remain in effect.

Dated:   May 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2